No. 343. HAMBURG-AMERICAN LINE *v.* UNITED STATES. October 9, 1933. Petition for writ of certiorari to the

Circuit Court of Appeals for the Second Circuit granted. *Messrs. Roger O'Donnell, Wm. J. Peters,* and *Lambert O'Donnell* for petitioner. *Solicitor General Biggs* for the United States.